# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated, | Case No. 1:19-cv-01243-MKB-VMS |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| v. | |
| EVERLANE, INC, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Everlane, Inc. certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:   April 22, 2019

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Chieh Tung*
   Chieh Tung (*pro hac vice anticipated*)
   (Calif. State Bar # 318963)
   555 California Street, 12th Floor
   San Francisco, CA  94104
   Telephone: 415.875.2300
   Email: ctung@fenwick.com

Attorneys for Defendant Everlane, Inc.