

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

May 28, 2019

CHIEH TUNG

EMAIL CTUNG@FENWICK.COM
Direct Dial +1 650-335-7248

Honorable Margo K. Brodie
Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Fischler v. Everlane, Inc.*, No. 1:19-cv-01243-MKB-VMS – Notice of Settlement

Dear Judge Brodie and Judge Scanlon:

Fenwick & West LLP is counsel for Defendant Everlane, Inc. ("Everlane") in the above action. With consent of Plaintiff's counsel, we write to notify the Court that the parties have reached a settlement, finalized in an executed settlement agreement. A stipulation of dismissal is expected to follow within the next 30 days. Accordingly, the parties respectfully ask that the Court vacate the case management conference currently scheduled for June 19, 2019.

Sincerely,

FENWICK & WEST LLP

*/s/ Chieh Tung*
Chieh Tung (Calif. State Bar # 318963)
(admitted *pro hac vice*)
Attorney for Everlane, Inc.